AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE.  PLEASE PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Donnie Keith Monk

**NAME OF DEBTOR(S)**

155 Sunflower Meadows

**ADDRESS**

McDonough, GA 30252

**CITY, STATE, ZIP**

CASE NO. 10-74361-mgd

TELEPHONE NO. 678-677-7985

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

MAY 25 2010

THOMAS
CLERK
DEPUTY CLERK

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:   YES ☒    NO ☐**

If someone did assist you, list their name and address:

Cherill Franson
**NAME**

P.O. Box 1401
**ADDRESS**

American Fork, UT 84003            801-837-2237
**CITY, STATE, ZIP CODE**            **TELEPHONE NUMBER**

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:   YES ☒   NO ☐   IF "YES", HOW MUCH ($ 149.00  )**

Have you filed a bankruptcy case in the past?
**ANSWER:   YES ☐    NO ☒**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 25th day of May, 2010

[Notary Seal: GLORIA IRONS, Notary Public, Henry County, State of Georgia, My Commission Expires Apr 22, 2014]

_____
DEPUTY CLERK

F61 (psafdn04/04)