# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-74361-MGD |
| DONNIE KEITH MONK | CHAPTER 7 |
| Debtor. | JUDGE DIEHL |

## ORDER TO SUPPLEMENT APPLICATION
## FOR WAIVER OF FILING FEE

On May 13, 2010, Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application"), and other papers, including a Schedule I. The Court is unable to evaluate Debtor's Application for the following reasons: 1) Debtor on his Schedule I reports he is married, but he did not disclose his spouse's income. Although Debtor's spouse is not a debtor in this case, her income, if any, must be included. 2) The Application shows a four-person household, but the Schedule I shows a three-person household. 3) Debtor did not provide information about his cash on hand and money owed to him. Accordingly, it is hereby

ORDERED that, within 21 days of the date of this order, Debtor is directed to file with the Clerk, U.S. Bankruptcy Court, 1340 U.S. Courthouse, 75 Spring Street, Atlanta, GA 30303, an amended Application and amended Schedules, as necessary, to clarify his monthly income,[1] household size, and to include information about his cash on hand and money owed to him. If Debtor's papers are not filed within the time allowed, Debtor's Application for Waiver of Chapter 7 Filing Fee may be denied.

---

[1] Debtor's Schedule I shows $0 entry for payroll deductions. Because the Court considers a debtor's <u>net</u> income when evaluating fee waiver applications, Debtor should report his payroll deductions, if any.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

IT IS SO ORDERED, the *1st* day of ~~May~~ *June*, 2010.

*Mary Grace Diehl*
MARY GRACE DIEHL
UNITED STATES BANKRUPTCY JUDGE