UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Donnie Keith Monk**
155 Sunflower Meadows
McDonough, GA 30252

**xxx–xx–6713**

Case No.:  **10–74361–wlh**
Chapter:  **7**
Judge:  **Wendy L. Hagenau**

### NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Wendy L. Hagenau**.

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: June 2, 2010

Form 301