**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Donnie Keith Monk** | Case No.: **10−74361−wlh** <br> Chapter: **7** <br> Judge: **Wendy L. Hagenau** |
| Debtor(s) | |

## NOTICE OF DEFICIENCY

The following document filed on June 18, 2010 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Amended Schedule I , Amended Summary of Schedules , Amended Statistical Summary of Certain Liabilities

Missing certificate of service

☐ Discrepancy in attorney information

NA

☐ Required fee of  $  not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or via Pay.gov if a registered participant. Checks from a debtor cannot be accepted.

☐ Incorrect check amount − amount required $ . Your check number is enclosed.

☐ Case was closed on

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

NOTICE OF DEFICIENCY MAILED TO: Donnie Keith Monk


Date: 6/18/10

M. Regina Thomas
Clerk of Court

By: Regina Flanagan
Deputy Clerk

Form 431 − Notice of deficiency